**ROBERT S. SOLA**
Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiffs

FILED'07 JAN 23 10:58USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **STEPHANIE B. PURVIS and JOHN W. PURVIS, IV,** | Case No. CV. 05-0452-ST |
| Plaintiffs, | **ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on Stipulation of Dismissal of Defendant Equifax Information Services LLC and pursuant to FRCP 41(a)(2);

NOW, THEREFORE, IT IS HEREBY ORDERED, that plaintiffs' claims against Defendant Equifax Information Services LLC are dismissed with prejudice and without costs or fees to either party.

DATED this ___ day of January 2007.

_____
Honorable Janice Stewart

Page 1 – ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC