FILED'07 JAN 26 10:32USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**STEPHANIE B. PURVIS and JOHN W. PURVIS, IV,**

        Plaintiffs,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation,

        Defendants.

Case No. CV. 05-0452-ST

**ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS MATTER, having come before the Court on Stipulation of Dismissal of Defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(1);

NOW, THEREFORE, IT IS HEREBY ORDERED, that plaintiffs' claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs or fees to either party.

DATED this 25th day of January 2007.

                                    Honorable Janice Stewart

Submitted by:
Robert S. Sola, OSB No.84454
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone: 503-295-6880
rssola@msn.com

Page 1 – ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Jordan A. Gimbel  
Jones Day  
3 Park Plaza, Suite 1100  
Irvine, CA 92614

Emilie K. Edling  
Stoel Rives LLP  
900 SW Fifth Avenue, Suite 2600  
Portland, OR 97204      Attorneys for Experian Information Solutions, Inc.

by the following indicated method:

____   by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

____   by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_x_   by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

____   by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

____   by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 24th day of January, 2007.      /s/ Robert S. Sola

                                          Robert S. Sola, OSB # 84454  
                                          rssola@msn.com  
                                          (503) 295-6880  
                                          (503) 291-9172 (Facsimile)  
                                          Attorney for Plaintiffs